

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 5/13/2024

Re: Shenzhen Genbo Electronic Commerce Co. Ltd. v. The Partnerships And Unincorporated Associations Identified On Schedule A

USDC Case Number: 24cv3814

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ J. Hollimon

Rev. 11/18/2016